IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE )
CORPORATION, as Receiver for ) 2:12-cv-01124-GEB-GGH
DOWNEY SAVINGS AND LOAN )
ASSOCIATION, F.A., )
 )
 ) <u>ORDER CONTINUING STATUS</u>
      Plaintiff, ) <u>(PRETRIAL SCHEDULING)</u>
 ) <u>CONFERENCE</u>
      v. )
 )
FIRST PRIORITY FINANCIAL, INC., )
a California corporation; DAVID )
MICHAEL SOLDATI, an individual; )
CHRISTINA M. GRILL, an )
individual; and YUKE AND )
ASSOCIATES, a California )
company, type unknown, )
 )
      Defendants. )
_____)

The parties state in the Joint Status Report filed on August 7, 2012 ("JSR"):

> Defendant[s] Christina M. Grill and Yuke and Associates have been served but have not yet responded to the First Amended Complaint. The FDIC has not sought either of these defendants' default because the FDIC is informed and believes that both Grill and Yuke are in bankruptcy. The FDIC is determining whether these parties must be dismissed from the lawsuit in light of the automatic bankruptcy stay, or if either defendant has third-party insurance coverage which would enable the FDIC to seek relief from the automatic stay for the limited purpose of pursuing that party insurance proceeds outside of the bankruptcy.

(JSR 3:11-17.)

The parties further state in the JSR that "[t]here is a pending motion to dismiss, which was transferred and referred to this

1

Court from the Central District on or about April 26, 2012. (Docket No. 18.)" Id. at 3:23-24.

The referenced representations reveal this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on August 20, 2012, is continued to September 17, 2012, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

Prior to filing the further joint status report, the parties shall determine the bankruptcy status of Defendants Christina Gill and Yuke & Associates, and shall file a Notice of Bankruptcy in this action if warranted.

Further, Defendants Priority Financial, Inc. and David Soldati shall re-notice their dismissal motion filed in the Central District on March 29, 2012, for hearing before the undersigned judge. The March 29, 2012 dismissal motion will be deemed withdrawn if it is not re-noticed for hearing by August 24, 2012.

IT IS SO ORDERED.

Dated:  August 14, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge