IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE      )
CORPORATION, as Receiver for   )   2:12-cv-01124-GEB-GGH
DOWNEY SAVINGS AND LOAN        )
ASSOCIATION, F.A.,             )
                               )   ORDER CONTINUING STATUS
          Plaintiff,           )   (PRETRIAL SCHEDULING)
                               )   CONFERENCE
     v.                        )
                               )
FIRST PRIORITY FINANCIAL, INC.,)
a California corporation; DAVID)
MICHAEL SOLDATI, an individual;)
CHRISTINA M. GRILL, an         )
individual; and YUKE AND       )
ASSOCIATES, a California       )
company, type unknown,         )
                               )
          Defendants.          )
_____)

         The Joint Status Report filed September 5, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on September 17, 2012, is continued to January 14, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

         IT IS SO ORDERED.

Dated: September 12, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1