UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.,<br><br>Plaintiff,<br><br>v.<br><br>FIRST PRIORITY FINANCIAL, INC., a California corporation; and DAVID MICHAEL SOLDATI, an individual;<br><br>Defendants. | No. 2:12-cv-1124-GEB-EFB<br><br>ORDER |

On November 13, 2013, the court heard plaintiff's motion to compel non-party Jackson Hewitt Tax Services ("Jackson Hewitt") to respond to plaintiff's discovery request. ECF No. 53. Attorney Susan Condon appeared on behalf of plaintiff; defendant and non-party Jackson Hewitt failed to appear.

For the reasons stated on the record, plaintiff's motion is granted and non-party Jackson Hewitt is ordered to produce the tax records of Joseph A Kearns for the tax years 2005 and 2006 within 21 days of the date of this order.

/////

/////

1

Any and all documents produced by Jackson Hewitt shall be designated as "CONFIDENTIAL" and subject to the terms of the protective order issued in this case.  *See* ECF No. 42.

SO ORDERED

DATED:  November 13, 2013.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE